```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BRETT E. AVERETT,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :            21-CV-1626 (JPC)
        -v-                                                            :
                                                                       :                 ORDER
CAPITAL ONE BANK (USA), NATIONAL                                       :
ASSOCIATION and TRANSUNION, LLC,                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed his Complaint on February 24, 2021, Dkt. 1, making his deadline to serve Defendants May 25, 2021. The docket does not reflect that Plaintiff has served Defendant Capital One Bank (USA), National Association. Plaintiff shall file proof of service of Capital One Bank (USA), National Association by September 30, 2021.

    SO ORDERED.

Dated: September 24, 2021  
       New York, New York

                                              JOHN P. CRONAN  
                                          United States District Judge